FORM NO. 2 (LF002)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

In re:                                           Case No.: **11-20769-GWE**
    **MAXINE ALLEN,**                          **Chapter 13**
       **Debtor(s).**

## CHAPTER 13 PLAN
## (INDIVIDUAL ADJUSTMENT OF DEBTS)

DEBTOR(S):              (H) **MAXINE ALLEN**                    S.S.#        XXX-XX-**8301**
                        (W)_____ S.S.#_____

ADDRESS:                        **5410 Rocky Ridge Drive**
                                **Memphis, TN 38141**

PLAN PAYMENT:           Debtor(s) to pay    **$205.00**    (WEEKLY)
PAYROLL DEDUCTION:      **Lux Retail North America, Inc.**      OR ( ) _____
                        **Attn.: Payroll Department**
                        **4000 Luxottica Place**            BECAUSE:_____
                        **Mason, OH 45040**                FIRST PAYMENT DATE:_____

PLACE OF EMPLOYMENT:    _____
ADMINISTRATIVE:         Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

|                                  |                                                                 | MONTHLY PLAN PMT. |
|----------------------------------|-----------------------------------------------------------------|-------------------|
| AUTO INSURANCE:                  | ( )Not included in Plan   ( ) Included in Plan                  | $_____       |
| CHILD SUPPORT:                   | Future support through Plan to _____          | $_____       |
|                                  | Child support arrearage amount _____          | $_____       |
| PRIORITY CREDITORS:              |                                                                 | $_____       |
| HOME MORTGAGE:                   | If no arrearage, ongoing payments are to be paid directly by the debtor(s). |       |
| **WELLS FARGO MTG.**             | ongoing pmt. begin        **APRIL 2011**                        | $  **649.00**     |
|                                  | Approx. arrearage  **$2,000.00**          Interest_____%      | $  **30.00**      |
|                                  | ongoing pmt. begin _____                       | $_____       |
|                                  | Approx. arrearage _____Interest_____%               | $_____       |

| SECURED CREDITORS:<br>(retain lien 11 U.S.C. § 1325{a}{5}) | VALUE<br>COLLATERAL | RATE OF<br>INTEREST | MONTHLY<br>PLAN PMT. |
|-----------------------------------------------------------|---------------------|---------------------|----------------------|
| **NUVELL CREDIT**                                         | $ **3,000.00**      | **5.25** %          | $ **50.00**          |

UNSECURED CREDITORS:    Pay    **TBD**    % of these claims after above claims are paid or pay all disposable
                        income for term of plan;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:    **$15,777.00**
TERMINATION:            Plan shall terminate upon payment of the above, approximately   **60**   months.
**\*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.**
**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.**
Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  General unsecured creditors will receive _____ %

DEBTOR'S ATTORNEY:  JEROME C. PAYNE {016243}
                    PAYNE LAW FIRM
                    5501 Winchester Road, Suite 2
                    Memphis, TN 38115
                    (901) 794-0884 phone   (901) 433-0490 fax
                    jerpayne@hotmail.com